UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. -                        :     07 CRIM. 884

WILLY VENTURA,                    :     07 Cr. ____
   a/k/a "Willy Ventura-Rivera,"
   a/k/a "William Ventura,"       :

         Defendant.          :

- - - - - - - - - - - - - - - - - x

COUNT ONE

     The Grand Jury charges:

     From at least in or about May 2006, up to in or about February 2007, in the Southern District of New York and elsewhere, WILLY VENTURA, a/k/a "Willy Ventura-Rivera," a/k/a "William Ventura," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about March 2, 2004, for Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law 220.39(1), in New York State Supreme Court, New York County, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 7 2007

Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(2).)

_____    _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILLY VENTURA,
a/k/a "Willy Ventura-Rivera,"
a/k/a "William Ventura,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Dennise Suarez-Peña*
Foreperson.

*Dennise Suarez-Peña*

*Indictment filed, arrest warrant issued, case assigned to Judge Preska.*

*KC 9/17/07*

*F. Maas, US MJ*